UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-00036-RLY-CSW |
| | ) | |
| DAVID WIMSATT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 26, 2025, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed November 4, 2024. (Docket. No. 41). Defendant appeared in person with his appointed counsel Steve Bohleber. The government appeared by Lauren Wheatley, Assistant United States Attorney. U. S. Probation appeared by Officer Brian Deardurff.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 46). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Wimsatt of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2.     After being placed under oath, Defendant Wimsatt admitted violation numbers 1 and 2. (Docket No. 41).

3.     The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."**<br><br>Mr. David Wimsatt was arrested on October 22, 2024, and charged with: Possession of Methamphetamine, a felony; Resisting Law Enforcement, a felony; and Operating a Vehicle as a Habitual, a felony, in Vanderburgh County, Indiana, in cause number 82D02-2410-F5-006713. |
| 2 | **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."**<br><br>Mr. David Wimsatt failed to report being arrested and charged on October 22, 2024, in Vanderburgh County, Indiana, in cause number 82D02-2410-F5-006713. |

4.     The parties stipulated that:

(a)    The highest grade of violation is a Grade **B** violation.

(b)    Defendant's criminal history category is **VI**.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is **21 to 24** months imprisonment.

5.     The parties jointly recommended a sentence below the guideline range of eighteen months (18) with no further supervision to follow. Defendant also requested his sentence be temporarily suspended so that he may attend the funeral

services of his daughter's mother.  The government objects to this request on the grounds that defendant would be a flight risk.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no further supervision upon release from imprisonment.  It is further recommended that defendant's request for temporary suspension of his sentence be denied.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date:  August 27, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.